IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00395-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GABRIEL QUINTANA,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the United States' Motion to Dismiss Counts 2 and 3 of the Indictment [Docket No. 22]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the United States' Motion to Dismiss Counts 2 and 3 of the Indictment [Docket No. 22] is granted. Counts 2 and 3 of the indictment are dismissed.

DATED April __/__, 2011.

                BY THE COURT:

                _____
                PHILIP A. BRIMMER
                United States District Judge